



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE CADOGAN,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>CASH, Warden,<br><br>　　　　　Respondent. | ) Case No. EDCV 10-1923-GHK (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On July 2, 2012, Petitioner filed Objections to the Report and Recommendation, in which he mostly simply reargues the evidence. Petitioner also asserts that the Magistrate Judge was wrong when she stated that Petitioner was able to hear the examination of his wife from his cell after he was forcibly removed from the proceedings because of his disruptive behavior. (Report & Recommendation at 23 n.7.) He claims that in fact he could not hear what was going on. (Objections at 3.) But the record demonstrates that the judge went to great lengths to ensure that Petitioner could hear from his cell, including having a bailiff confirm from Petitioner's cell that he could hear the testimony. (2d Supp. Lodged Doc. 15,

1 Rep.'s Tr. at 44-46.) In any event, Petitioner claimed in his habeas Petition that his constitutional rights were violated when the trial court admitted into evidence the conditional examination of his wife given that the proceedings had been suspended at the time to determine his competency, not because he had been removed from the proceedings and allegedly could not hear the testimony.

    Having made a de novo determination of those portions of the Report and Recommendation to which Petitioner has filed Objections, the Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: 8/5/12

                             /s/ King
                        GEORGE H. KING
                        U.S. DISTRICT JUDGE